FILED

04/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 21-0535

---

FLATHEAD LAKERS INC., a Montana non-profit public benefit corporation, AMY J. WALLER, STEVEN F. MOORE, CYNTHIA S. EDSTROM, ADELE ZIMMERMAN, MARTIN FULSAAS and GAIL A. WATSON-FULSAAS, LAUREL FULLERTON, ALAN and DEIRDRE COIT, and FRANK M. WOODS,

        Petitioners/Appellees,

WATER FOR FLATHEAD'S FUTURE,

        Intervenor/Appellee,

    v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION

        Respondent/Appellant,

and MONTANA ARTESIAN WATER COMPANY,

        Respondent/Appellant.

---

On Appeal from the Montana First Judicial District Court,
Lewis and ClarkCounty
Honorable Kathy Seeley Presiding
Cause No. CDV-2018-135

---

**ORDER**

---

Upon consideration of Montana Department of Natural Resources and Conservation's motion for an extension of time, made pursuant to M.R.App.P., Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted a 30-day extension from the current deadline of April 13, 2022, within which to file its opening brief. Appellant's brief is now due on or before May 13, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2022